UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| CASE NO.: | 8:21-mj-2030-EAJ | DATE: | November 17, 2021 |
|---|---|---|---|
| **HONORABLE ELIZABTH A. JENKINS** | | INTERPRETER: | n/a |
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL MENDOZA | | COURTROOM: | 10A |
| | | **GOVERNMENT COUNSEL**<br>Maria Guzman, AUSA | |
| | | **DEFENSE COUNSEL**<br>Percy King, AFPD | |
| COURT REPORTER: | DIGITAL | DEPUTY CLERK: | Kathy Rodriguez |
| TIME | 2:56 PM to 3:08 PM | TOTAL: 12 minutes | PRETRIAL | Vanessa Mendez |

**PROCEEDINGS: INITIAL APPEARANCE - RULE 5 REMOVAL HEARING**
**(Southern District of Georgia, 5:21-cr-0009)**

The Indictment from the Southern District of Georgia is read to the defendant.

Financial Affidavit submitted for approval. Court finds that Defendant qualifies for the appointment of counsel. Federal Public Defender's office appointed for all further proceedings.

Court summarizes the charges and advises Defendant of Rule 5 rights.

Identity hearing waived.

BOND:  GOVERNMENT: Oral motion for continuance of detention hearing to at least Friday, November 19, 2021.
DEFENDANT: Reserves on the issue of bond until arrival in the district of prosecution.

The defendant requests a detention hearing in the district of prosecution.

Oral Due Process Order recited.

Order of Removal to be entered.