# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

| UNITED STATES OF AMERICA | COMMITMENT |
|---|---|
| v. | TO ANOTHER DISTRICT |
| DANIEL MENDOZA | CASE NO. 8:21-MJ-2130-EAJ |

## CHARGES

| Charging Document | Statute | Charging District |
|---|---|---|
| Indictment | 18 U.S.C. § 1349 | Southern District of Georgia |
| | | 5:21-cr-0009 |

**Description:** Attempt and Conspiracy to Commit Mail Fraud

## PROCEEDINGS

**BOND STATUS:** Defendant detained pending further proceedings

**COUNSEL:** Federal Public Defender

**INTERPRETER:** None

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of **DANIEL MENDOZA** and to transport the defendant with a certified copy of this Commitment Order forthwith to the Charging District and there deliver him to the United States Marshal for that District or to some other officer authorized to receive the defendant.

November 17, 2021

_____
ELIZABETH A. JENKINS
UNITED STATES MAGISTRATE JUDGE

## RETURN

| Commitment Order Received: | Place of Commitment: | Date Defendant Committed: |
|---|---|---|
| Date | United States Marshal | By Deputy Marshal |